**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 03-mj-01262-KLM-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

ROBERT W. RHODS,

       Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO ORIGINAL EXPIRATION DATE**

---

       On November 14, 2007, the probation officer submitted a petition for early termination of supervised release in this case. On November 23, 2007, the court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on November 23, 2007, and the United States has not objected to the proposed relief. Accordingly, it is

       ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

       DATED at Denver, Colorado, this 3rd day of January, 2008.

                              BY THE COURT:

                              /s Kristen L. Mix
                              Kristen L. Mix
                              United States Magistrate Judge